UNITED STATES of America, Plaintiff–Appellee,

v.

Jorge RAGGOZA–FRANCO, Defendant–Appellant.

No. 07–50077.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 3, 2007.*

Filed Dec. 28, 2007.

Michael J. Raphael, Esq., Office of the U.S. Attorney Criminal Division, Los An-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

geles, CA, Brent G. Tabacchi, AUSA, Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

Leon Peterson, Esq., Federal Public Defender's Office, Santa Ana, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE and FISHER, Circuit Judges.

MEMORANDUM **

Jorge Raggoza–Franco appeals from the 33–month sentence imposed following his guilty-plea conviction for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Raggoza–Franco's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to § 1326(b)(2). *See United States v. Herr-*

era–Blanco, 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to delete the reference to § 1326(b)).

Counsel's motion to withdraw is granted.

**AFFIRMED; REMANDED** with instructions to correct the judgment.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

